# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**Case No.:** 3:22-00024

**UNITED STATES OF AMERICA**

V.

**MELISSA ANN GOODWIN**

(list each defendant appearing at hearing)

**Judge:** William L. Campbell, Jr.

**Hearing Date:** February 8, 2022

**Location:** ☒ Nashville ☐ Columbia ☐ Cookeville

**Court Reporter:** Patty Jennings

**Court Interpreter:**

## CRIMINAL MINUTES

**Government Attorney(s):** Kathryn Booth

**Defense Attorney(s):** Worrick Robinson, Lynne Ingram

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

**COMMENTS:**

Plea accepted. Sentencing set for May 20, 2022, at 1:30 p.m. Order to enter.

**Total Time in Court:** 35 minutes

**Clerk of Court by:** Angie Brewer