# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:22-CR-00024 |
| | ) | **JUDGE WILLIAM L. CAMPBELL, JR.** |
| **MELISSA ANN GOODWIN** | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Melissa Ann Goodwin, by and through her undersigned counsel, and hereby moves this Court to continue Ms. Goodwin's sentencing from May 20, 2022, to June 13, 2022 at 10:00 a.m. Undersigned counsel has a conflict on the current sentencing date. Assistant U.S. Attorney Kathryn Booth has no objection to this continuance.

Respectfully submitted,

**ROBINSON, REAGAN & YOUNG, PLLC**
446 James Robertson Parkway
Suite 200
Nashville, TN 37219 (615) 726-0900

BY: *s/ Worrick G. Robinson, IV*
    WORRICK G. ROBINSON, IV
    Attorney for Defendant Melissa Ann Goodwin

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing sealed document has been sent via email attachment to:

      Kathryn W. Booth
      Assistant United States Attorney
      110 Ninth Avenue South
      Suite A961 Nashville, TN 37203

this 13th day of April, 2022.

      BY: *s/ Worrick G. Robinson, IV*
      WORRICK G. ROBINSON, I