IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:22-cr-00024 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| | ) | |
| MELISSA ANN GOODWIN | ) | |

# ORDER

Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing (Doc. No. 14). The motion is GRANTED and the sentencing hearing set for May 20, 2022, is CONTINUED to June 13, 2022, at 10:00 a.m. The Defendant shall remain on her current conditions of release pending further order of the Court.

At least seven days before the sentencing date, the parties shall file a "Position of the (Government or Defendant) Regarding the Presentence Report," containing only unresolved objections to the Presentence Report (LCrR 32.01(e)(4)). Any responses shall be filed no later than three days before sentencing. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing. At least seven days before the sentencing date, the parties shall file their respective statements addressing sentencing factors set forth in 18 U.S.C. §3553(a), (LCrR 32.01(e)), other sentencing filings (LCrR 32.01(f)), and motions for a departure.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE